**DISMISS; and Opinion Filed May 6, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01173-CV

**VERNON LEE JACKSON, Appellant**
**V.**
**BUDGET SUITES OF AMERICA, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04872-B**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Appellant Vernon Lee Jackson's brief in this case is overdue. By postcard dated March 26, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and extension motion would result in dismissal of this appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the court regarding the status of his brief.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

181173F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

VERNON LEE JACKSON, Appellant

No. 05-18-01173-CV      V.

BUDGET SUITES OF AMERICA,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-04872-B.
Opinion delivered by Justice Pedersen, III.
Justices Whitehill and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 6th day of May, 2019.